■ BASSE NARAIN et al., Appellants, v MICHAEL L. VILARDO, M.D., et al., Respondents. (Appeal No. 1.) [823 NYS2d 748]—Appeal from an order of the Supreme Court, Erie County (Patrick H. NeMoyer, J.), entered June 7, 2005. The order granted the motion of defendant Professional Communications Messaging Servicing, Inc. and the cross motion of defendants Michael L. Vilardo, M.D. and Ophthalmology Associates of Western New York, P.C. for summary judgment dismissing the complaint.

■ BASSE NARAIN et al., Appellants, v MICHAEL L. VILARDO, M.D., et al., Defendants, and OPHTHALMOLOGY ASSOCIATES OF WESTERN NEW YORK, P.C., Respondent. (Appeal No. 2.) [823 NYS2d 749]—Appeal from an order of the Supreme Court, Erie County (Patrick H. NeMoyer, J.), entered September 14, 2005. The order, upon reargument, adhered to the court's prior deci-

sion granting that part of the cross motion of defendants Michael L. Vilardo, M.D. and Ophthalmology Associates of Western New York, P.C. for summary judgment dismissing the complaint against defendant Ophthalmology Associates of Western New York, P.C.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs for reasons stated in decisions at Supreme Court. Present—Hurlbutt, A.P.J., Gorski, Smith and Centra, JJ.